Case 4:17-cr-00158-A Document 134 Filed 12/11/17 Page 1 of 2 PageID 605

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 11 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Case No.: 4:17-CR-158-A |
| | § | |
| MICHAEL RUDDELL | § | |

## MOTION FOR LEAVE TO SUBMIT OBJECTIONS TO THE PSR OUT OF TIME

To the Honorable John H. McBryde:

Steve Jumes, defendant, moves the Court to extend its deadline for submission of an Objection to the PSR to December 12, 2017.

The Court's Sentencing Scheduling Order [dckt. # 102] (the Order) provided deadlines regarding various submissions. Specifically, Objections were to be submitted by December 4, 2017.

Further, counsel filed a report of no objections to the PSR dated November 24, 2017. This was done after multiple reviews of the PSR with Mr. Ruddell.

Unfortunately, counsel for the first time noticed what he believes to be an error in the PSR on December 11, 2017.

Thus, defense counsel requests leave to submit objections on behalf of Mr. Ruddell to December 12, 207.

Sentencing is currently set for January 12, 2018. Counsel is hopeful that the requested extension will not cause the Court or the prosecution an undue hardship.

Respectfully submitted,

*Steve Jumes*
Steve Jumes
Texas State Bar No.: 00796854
VARGHESE SUMMERSETT
300 Throckmorton, Suite 1650
Fort Worth, TX 76102
Phone: (817) 203-2220
COUNSEL FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he sent a copy of the above and foregoing Defendant 's Motion for Leave to File Objections to Assistant United States Attorney Shawn Smith via email on December 11, 2017, as well as inquired his position on this submission. Mr. Smith indicated that he does not object to the motion.

*Steve Jumes*
Steve Jumes

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and Defendant 's Motion for Leave Objections was served on Assistant United States Attorney Shawn Smith and United States Probation Molly Mouret by hand delivery on December 11, 2017.

*Steve Jumes*
Steve Jumes